FILED

10/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0666

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0666

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DANIEL ALLEN DIETZ,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 30, 2024, to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

ORDER
PAGE 1

Electronically Signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 1 2024